**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, a nonprofit organization, CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, a nonprofit organization, GREGORY BELL, an individual, and TANIA MORALES, an individual, **Plaintiffs,** -against- MICHAEL R. BLOOMBERG, in his official capacity as Mayor of the City of New York, and the CITY OF NEW YORK, **Defendants.** | Case No. Case No. 11-cv-6690 (JFM) **NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs will and hereby do move this Court for an order certifying the following class for injunctive and declaratory relief under Federal Rule of Civil Procedure 23(b)(2): all persons with disabilities in the City of New York who have been and are being denied the benefits and advantages of New York City's emergency preparedness program because of Mayor Bloomberg and New York City's continuing failure to address the unique need of this population in the City's emergency planning and preparations.

As set forth more fully herein, Plaintiffs easily satisfy the numerosity, commonality, typicality, and adequacy of representation requirements of Rule 23(a) of the Federal Rules of Civil Procedure. This class is also appropriate for certification under Rule 23(b)(2) because Defendants have acted or refused to act with regard to the class as a whole.

This motion is based upon this Notice; the accompanying Memorandum of Points and Authorities; and the declarations of Shawna L. Parks; Daniel Brown; Peter D. Blanck; Susan Dooha; Joan Peters; Gregory Bell; Tania Morales; Edith Prentiss; Christina Curry; Jean Ryan; Jennifer Halpert; Mary Connor; Ronnie Raymond; John Ellenhorn; Marvin Wasserman; and Valerie Buckner, and all supporting exhibits; all pleadings and papers on file in this action; and any argument or evidence that may be presented at the hearing in this matter, if a hearing is deemed necessary.

DATED: August 31, 2012                    Respectfully submitted,

                                          _____/s/_____
                                          Shawna L. Parks
                                          Attorneys for Plaintiffs

                                          DISABILITY RIGHTS ADVOCATES
                                          JULIA PINOVER (JMP333)
                                          Disability Rights Advocates
                                          1560 Broadway, 10th Floor
                                          New York, NY 10036

Telephone: (212) 644-8644
Facsimile: (212) 644-8636
Email: general@dralegal.org

SID WOLINSKY (CA Bar No. 33716)*
SHAWNA L. PARKS (CA Bar No. 208301)*
REBECCA S. WILLIFORD (CA Bar No. 269977)*
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: general@dralegal.org

*Admitted *pro hac vice*

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Daniel L. Brown
Paul Garrity
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212-653-8700
Facsimile: 212-653-8701

Attorneys for Plaintiffs

2