UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BROOKLYN CENTER FOR                          :
INDEPENDENCE OF THE DISABLED, a              :   Case No. 11-cv-6690 (JFM)
nonprofit organization, CENTER FOR           :
INDEPENDENCE OF THE DISABLED,                :   **DECLARATION OF**
NEW YORK, a nonprofit organization,          :   **VALARIE BUCKNER**
GREGORY BELL, an individual, and             :
TANIA MORALES, an individual,                :
                                             :
              **Plaintiffs,**                :
                                             :
         -against-                           :
                                             :
MICHAEL R. BLOOMBERG, in his                 :
official capacity as Mayor of the City of    :
New York, and the CITY OF NEW YORK,          :
                                             :
              **Defendants.**                :
-----------------------------------------------------------x

I, VALARIE BUCKNER, declare:

 1. This declaration is based upon my personal knowledge. If called to testify, I could and would testify competently to the facts in this declaration.

 2. I am a person with disabilities. I am legally blind. I can only read print that has been significantly enlarged or converted to audio. I must have enlarged print in hard copy format or use magnification software, Zoom Text, to enlarge print and read documents on my computer. Because of my visual disability, I am unable to read for more than about five minutes at a time before needing about a ten minute break, due to eye strain and fatigue. I also have arthritis in my left foot and am unable to stand or walk long distances. I use a support cane for my mobility disability and mobility cane for my blindness. I also have hypertension and take medication daily to control my blood pressure.

1

3. I have lived in Queens, New York for more than the last thirty years.

4. In the event of a major emergency, I would need access and services related to my disabilities.

5. I would need to receive notices about evacuation or safety information in accessible formats – either enlarged print in hard copy format or magnification software, Zoom Text, to enlarge print and read documents on a computer.

6. I also would need someone to assist me in orienting in unfamiliar evacuation routes and shelters. I would also need to be sure that I did not have to walk any significant distances in order to evacuate; if this were necessary, I would need transportation to evacuate and/or get to a shelter due to my mobility disability. Once I arrived at a shelter, I would need assistance with orientation because I would be in an unfamiliar place and unable to get around and do the most basic tasks without knowing the layout of where I was. Also, if evacuees at the shelter were expected to read any printed materials (such as signs, rules, or other instructions) I would need to either read these in large print, have someone read them to me, or read them on a computer equipped with ZoomText. I would need similar assistance if I needed to complete any printed registration forms or paperwork.

7. During a major emergency, I would also need access to life-sustaining medications to control my hypertension that I take daily. If I could not access my supply of medication during an emergency, I might be able to get additional medication at a CVS pharmacy depending on the emergency, but I would need assistance locating and getting to a CVS pharmacy. If the pharmacies are closed, I do not know what I would do.

8. I have never been informed whether New York City has an emergency preparedness plan that serves the needs of people with disabilities. I have not received any information about what to do in an emergency or how my needs as a person with disabilities would be met.

9. I do not know how to get information about how to get to shelters or where the nearest shelter is located, and this concerns me a great deal.

10. I do not know how I would evacuate in the event of a major emergency. I live on the fourth floor of my building, and in the event of a power outage or damage to the elevator, I could not leave my building without assistance. I would need assistance getting down four flights of stairs as well as someone to orient me to where I was walking, due to my visual disability. I am not aware of any evacuation plan that my building has, or what the City would do to evacuate me.

11. I have some emergency supplies at home (such as medication, food, water, flashlight, and radio), but if I were not in my house when an emergency hit and were unable to return to my house, I would not have access to these supplies that are essential for my survival.

12. If my home were destroyed or damaged and I needed temporary housing after an emergency, I do not know where I would get it. However, assuming I were able to get temporary housing, I would need someone to help me with orientation to the new environment so that I could live as independently as possible, as long as I had to be in temporary housing.

13. If I needed debris removed from my home after an emergency, I am not sure where I would be able to get assistance to do so, and I am concerned that I would not be able to see and remove all the debris that needed removing in order for me to be safe.

14. I am very worried about what would happen in an emergency and whether my needs would be met. I believe having plans in place for people with disabilities is especially critical

3

because of the accommodations, physical access, and service needs that people with disabilities have, and because of the danger inherent in emergencies.

15. I worry a lot about staying safe during emergencies, especially during damaging high winds. Living on the fourth floor, I worry a lot during heavy rains and winds about water coming through my window and my windows shattering. I am also really concerned about being sure that I have the assistance of someone by my side to help me navigate dangerous and chaotic situations that emergencies cause, regardless of the type of emergency. I am not sure where I would get this assistance, and that really scares me.

I declare, under penalty of perjury under the laws of the State of New York, that the foregoing is true and correct. Executed this 30 day of August 2012 in Queens, New York.

_Valarie Buckner_
VALARIE BUCKNER

4