UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, a nonprofit organization, CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, a nonprofit organization, GREGORY BELL, an individual, and TANIA MORALES, an individual,<br><br>                  Plaintiffs,<br>-against-<br><br>MICHAEL R. BLOOMBERG, in his official capacity as Mayor of the City of New York, and the CITY OF NEW YORK,<br><br>                  Defendants. | No. 11-cv-6690 (JMF) |

## DECLARATION OF JULIA PINOVER IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

| | |
|---|---|
| SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br>Paul Garrity<br>Daniel L. Brown<br>Valentina Shenderovich | DISABILITY RIGHTS ADVOCATES<br>40 Worth Street, Tenth Floor<br>New York, NY 10113<br>Tel: (212) 644-8644<br>Fax: (212) 644-8636<br>TTY: (877) 603-4579<br>Shawna L. Parks<br>Sid Wolinsky<br>Julia M. Pinover<br>Rebecca S. Williford |

*Attorneys for Plaintiffs*

I, Julia Pinover, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney dully admitted to practice before this Court, and Counsel at Disability Rights Advocates, attorneys for Plaintiffs in the above-captioned matter. I am familiar with the facts of this case and submit this declaration in support of Plaintiffs' Request for Judicial Notice.

2. I declare that the Trial Exhibits listed in Exhibit A to Plaintiffs' request for Judicial Notice are true and correct copies of those documents. This statement is includes Trial Exhibit No's 111-117, 120-122, 152-220, and 222-234.

3. I and my staff printed and collected, and reviewed, each of these documents and I attest that they are true and correct copies of the documents they purport to be. Those documents printed from online sources contain the URL address and the date and time the document was printed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2013
New York, NY

_____
Julia Pinover