PREET BHARARA
United States Attorney for the
Southern District of New York
By: REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
T: (212) 637-2774
F: (212) 637-2702
E-mail: rebecca.tinio@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BROOKLYN CENTER FOR INDEPENDENCE         :
OF THE DISABLED, a nonprofit organization,   :
CENTER FOR INDEPENDENCE OF THE           :
DISABLED, NEW YORK, a nonprofit          :
organization, GREGORY BELL, an individual,   :
and TANIA MORALES, an individual,        :
                                         :
                         Plaintiffs,     :      No. 11 Civ. 6690 (JMF)
                                         :
          - against -                    :      DECLARATION OF
                                         :      REBECCA S. TINIO
MICHAEL R. BLOOMBERG, in his official    :
Capacity as Mayor of the City of New York, and :
the CITY OF NEW YORK,                    :
                                         :
                         Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Rebecca S. Tinio, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty

of perjury, as follows:

       1.     I am an Assistant United States Attorney in the office of Preet Bharara, United

States Attorney for the Southern District of New York, attorney for the United States of America

("the Government") in the above-captioned matter.  I am the attorney assigned to this matter.  I

submit this declaration in support of the Government's Statement of Interest.

       2.     Attached hereto as Exhibit A is a true and correct copy of Chapter 7 of the

Department of Justice Tool Kit ("DOJ Tool Kit"), "Emergency Management Under Title II of

the ADA," without the addenda thereto, printed from

http://www.ada.gov/pcatoolkit/chap7emergencymgmt.pdf.

      3.     Attached hereto as Exhibit B is a true and correct copy of Addendum 1 to Chapter

7 of the DOJ Tool Kit, printed from

http://www.ada.gov/pcatoolkit/chap7emergencymgmtadd1.pdf.

      4.     Attached hereto as Exhibit C is a true and correct copy of Addendum 2 to Chapter

7 of the DOJ Tool Kit, printed from http://www.ada.gov/pcatoolkit/chap7shelterprog.pdf.

      5.     Attached hereto as Exhibit D is a true and correct copy of Addendum 3 to Chapter

7 of the DOJ Tool Kit, printed from http://www.ada.gov/pcatoolkit/chap7shelterchk.htm.

      6.     Attached hereto as Exhibit E is a true and correct copy of a Settlement Agreement

between the United States of America and the City of Jacksonville, Florida under the Americans

with Disabilities Act, dated April 19, 2013 (compliance review DJ 204-17M-398), printed from

http://www.ada.gov/jacksonville_pca/jacksonville_pca_sa.htm.

      7.     Attached hereto as Exhibit F is a true and correct copy of a report of the National

Council on Disability, titled "Saving Lives: Including People with Disabilities in Emergency

Planning," dated April 15, 2005, printed from http://www.ncd.gov/publications/2005/04152005.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      May 10, 2013

Rebecca S. Tinio